**Harry James FOWLER, Plaintiff–Appellant,**

v.

**Debbie BRADLEY, Detective; Andrew Jennings, District Attorney; Sam J. Ervin, IV; Anita L. Matthews, Defendants–Appellees.**

No. 02–7672.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 26, 2003.

Harry James Fowler, Appellant Pro Se. John Hamilton Watters, Special Deputy Attorney General, Raleigh, North Carolina; Samuel James Ervin, IV, Morganton, North Carolina, for Appellees.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Harry James Fowler appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no re-

versible error. Accordingly, we affirm on the reasoning of the district court. *See Fowler v. Bradley,* No. CA–02–89–5–2MU (W.D.N.C. Sept. 25, 2002; filed Oct. 18, 2002, entered Oct. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*